UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ARTIS CASON,

        Petitioner,

v.

SCOTT FRAKES,

        Respondent.

Case No. C11-1835-RAJ

**ORDER OF DISMISSAL**

The court has reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, respondent's Answer, and the Report and Recommendation (Dkt. # 14) of the Honorable Brian A. Tsuchida, United States Magistrate Judge. The court notes that no one objected to the Report and Recommendation. The court agrees with the findings and conclusions in the Report and Recommendation, and accordingly orders as follows:

1. The court ADOPTS the Report and Recommendation;

2. The court DISMISSES Petitioner's § 2254 habeas petition with prejudice;

3. The court declines to issue a certificate of appealability;

4. The clerk shall enter judgment for Respondent; and

//

//

ORDER OF DISMISSAL- 1

5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 18th day of June, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL- 2